# DAC BEACHCROFT

September 18, 2025

**VIA ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **Empire Core Group LLC v. Accredited Surety and Casualty Company, Inc.**
Case No. 1:24-cv-03316 (ER)

Dear Judge Ramos:

We represent Defendant Accredited Surety and Casualty Company, Inc. ("Defendant") in the above-referenced matter. We write respectfully to request an adjournment of the case management conference currently scheduled for September 23, 2025, at 11:00 a.m.

The Court originally scheduled the case management conference for September 17, 2025 (Docket No. 13). While not reflected on the docket, Defendant appeared for the conference on September 17, 2025, while plaintiff did not. Plaintiff thereafter requested an adjournment of the conference (Docket No. 14), and the Court rescheduled the conference for September 23, 2025 (Docket No. 15).

Defendant's counsel is unavailable on September 23 due to the Rosh Hashanah holiday. Counsel is also unavailable on September 30 due to prior commitments, October 2 due to Yom Kippur, and October 7 and 8 due to Sukkot. This is Defendant's first request for adjournment.

We respectfully request that the Court adjourn the case management conference to a date following October 8, 2025, convenient to the Court.

Plaintiff's counsel consents to this request.

Respectfully Submitted,
/s/ Vitaly Vilenchik
Vitaly Vilenchik

cc: All Counsel of Record (*via* ECF)

> The case management conference is adjourned to October 9, 2025, at 11:30 a.m. in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 9/19/2025
> New York, New York

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 917 268 3905  fax: +1 212 346 9063

DAC Beachcroft - an international law firm
DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.