UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE CORE GROUP LLC,

                Plaintiff,

-*against*-

ACCREDITED SURETY & CASUALTY COMPANY, INC.,

                Defendant.

**ORDER**

24-cv-03316 (ER)

RAMOS, D.J.:

      Empire Core Group, LLC informed the Court on September 24, 2025 that it filed a voluntary petition for non-individuals filing for bankruptcy pursuant to Chapter 11 of the U.S. Code in the United States Bankruptcy Court for the Southern District of New York on September 22, 2025.  Doc. 18.  Accordingly, this instant action was automatically stayed upon the filing of the voluntary petition.  The Clerk of Court is respectfully directed to stay this action.  The parties are directed to inform the Court within 48 hours of the completion of the bankruptcy action.

It is SO ORDERED.

Dated:    September 25, 2025
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.